UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARLENE E. SYLVESTER,**

    **Plaintiff,**

**v.**                                                                                                                         **Case No: 5:16-cv-257-Oc-10PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's second unopposed motion to extend the time in which she may file her memorandum. (Doc. 16). The motion represents that this extension is necessary as Plaintiff's counsel has several memorandum due at this time. The unopposed motion is **GRANTED** and Plaintiff's memorandum is due **on or before September 27, 2016**.

**DONE** and **ORDERED** in Ocala, Florida on September 13, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties