UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARLENE E. SYLVESTER,**

    **Plaintiff,**

v.                                    **Case No: 5:16-cv-257-Oc-10PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's third unopposed request to extend time in which to file her memorandum. (Doc. 18). Like her two other requests, the motion represents that this extension is necessary as Plaintiff's counsel has several memorandum due at this time. The unopposed motion (Doc. 18) is **GRANTED** and Plaintiff's memorandum is due **on or before October 27, 2016**. <u>No further extensions, however, will be granted to Plaintiff absent extraordinary cause.</u>

**DONE** and **ORDERED** in Ocala, Florida on September 28, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties